IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN R. BAKER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) C.A. No.: 04-1457 KAJ |
| | ) |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager, JOSEPH HEEGER, individually and in his official capacity as Supervisor of Public Works, and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**RE-NOTICE OF DEPOSITION**

TO:  William D. Fletcher, Jr., Esquire
      Noel E. Primos, Esquire
      Schmittinger & Rodriguez, P.A.
      414 South State Street
      P.O. Box 497
      Dover, DE 19903

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Theopoles Banes at the offices of Schmittinger & Rodriguez, P.A., located at 414 South State Street, Dover DE 19901, on Tuesday, March 22, 2005, at 2:00 p.m.

                    **AKIN & HERRON, P.A.**

                    <u>/s/ Bruce C. Herron</u>
                    Bruce C. Herron, Esquire
                    Atty. I.D. No. 2315
                    1220 N. Market Street, #300
                    P.O. Box 25047
                    Wilmington, DE 19899
                    (302) 427-6987
                    Attorney for Defendants

Date: March 2, 2005