IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN R. BAKER, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     V. | )   C.A. No.: 04-1457 KAJ |
| | ) |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager, JOSEPH HEEGER, individually and in his official capacity as Supervisor of Public Works, and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets, | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF SERVICE**

I hereby certify that on this 2nd day of March, 2005, two (2) copies of the **RE-NOTICE OF DEPOSITION** were served via Lexis/Nexis File & Serve and mailed first class upon the following counsel:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

                                  **AKIN & HERRON, P.A.**

                                  /s/ Bruce C. Herron
                                Bruce C. Herron, Esquire
                                Atty. I.D. No. 2315
                                1220 N. Market Street, #300
                                P.O. Box 25047
                                Wilmington, DE 19899
                                (302) 427-6987
                                Attorney for Defendants

H:\tmw5\data\files\Docs\3651.024\NOS\1343.WPD

Case 1:04-cv-01457-KAJ    Document 21    Filed 03/02/2005    Page 2 of 2