IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN R. BAKER, JR., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1457 (KAJ) |
| TOWN OF SMYRNA; DAVID S. HUGG, III, individually and in his official capacity as Town Manager; JOSEPH HEEGER, individually and in his official capacity as Supervisor of Public Works; and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets, | * | TRIAL BY JURY DEMANDED |
| Defendants. | * | |

## NOTICE OF DEPOSITION

TO:  Bruce Herron, Esq.
     Akin & Herron, P.A.
     1220 N. Market St., #300
     P.O. Box 25047
     Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take oral depositions of the following individuals on Tuesday, March 22, 2005.

    Joseph Heeger    9:30 a.m.
    Harvey Leggett   11:30 a.m.

The depositions will take place at the offices of Schmittinger and Rodriguez, P.A., 410 South State Street, Dover, DE 19901.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: *[signature]*
William D. Fletcher, Jr., Esq.
Bar ID 362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

WDF:tcl
Dated: 3-23-05

cc:  Corbett & Associates