## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

## NOTICE OF DEPOSITIONS
## Joseph Heeger and Harvey Leggett

to be served upon:

Bruce Herron, Esq.
Akin & Herron, P.A.
1220 N. Market St., #300
P.O. Box 25047
Wilmington, DE 19899

by mailing copies to address shown above, postage prepaid on March __23__, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr., Esq.
Bar ID 362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

WDF:tcl