LAW OFFICES

# SCHMITTINGER AND RODRIGUEZ, P.A.

414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE  19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
P. KRISTEN BENNETT
LORI A. BREWINGTON

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

June 29, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

RE:    **John R. Baker v. Town of Smyrna**
       **Civil Action No.: 04-1457 (KAJ)**

Dear Judge Jordan:

Please consider this as a joint status report regarding the above-captioned matter.

Plaintiff's Initial Disclosures Made Pursuant to Federal Rule of Civil Procedure 26 (a)(1) were filed and served on Defendant on Wednesday, June 29, 2005.  Defendant served Plaintiff with Initial Disclosures Made Pursuant to Federal Rule of Civil Procedure 26 (a) (1) on January 5, 2005.  On January 11, 2005, Defendant served Plaintiff with Defendant's First Set of Interrogatories and Request For Production directed to Plaintiff. Plaintiff anticipates servicing Defendant with its First Set of Interrogatories and Request For Production within the next few days.  Both parties have agreed to complete discovery by September 1, 2005.  Both parties have also agreed and are requesting the Court's permission to extend the Disclosure of Expert Testimony deadline to September 30, 2005.

The oral deposition of the Plaintiff was taken on February 23, 2005, and the oral depositions of Theopolas Banes, Defendant Joseph Heeger and Defendant Harvey Leggett were taken on March 22, 2005.

A mediation conference is scheduled for Wednesday, September 7, 2005, beginning at 10:00 a.m.

Both parties have agreed to waive the interim status conference call scheduled for July 6, 2005. Should the Court feel that the conference call is necessary, however, counsel stand ready to participte.

Respectfully submitted,

WILLIAM D. FLETCHER, JR.

cc:    Noel E. Primos, Esq.
       Bruce C. Herron, Esq.