IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN R. BAKER, JR., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 04-1457 (KAJ) |
| TOWN OF SMYRNA; DAVID S. HUGG, | * |
| III, individually and in his official capacity | * |
| as Town Manager; JOSEPH HEEGER, | * |
| individually and in his official capacity as | * |
| Supervisor of Public Works; and | * |
| HARVEY LEGGETT, individually and in | *   TRIAL BY JURY DEMANDED |
| his official capacity as Supervisor of Streets, | * |
| | * |
| Defendants. | * |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S INITIAL DISCLOSURES MADE
PURSUANT TO FED. R. CIV. P. 26(a)(1)**

to be served upon:

>Bruce C. Herron, Esq.
>Akin & Herron, P.A.
>1220 N. Market Street, #300
>P.O. Box 25047
>Wilmington, DE 19899

by mailing copies at the address shown above, postage prepaid on _July 7_, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar ID #3124
414 South State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

WDF:tcl