IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN R. BAKER, JR., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 04-1457 (KAJ) |
| TOWN OF SMYRNA; DAVID S. HUGG, | * |
| III, individually and in his official capacity | * |
| as Town Manager; JOSEPH HEEGER, | * |
| individually and in his official capacity as | * |
| Supervisor of Public Works; and | * |
| HARVEY LEGGETT, individually and in | *   TRIAL BY JURY DEMANDED |
| his official capacity as Supervisor of Streets, | * |
| | * |
| Defendants. | * |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES**
and
**PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION**

to be served upon:

      Bruce C. Herron, Esq.
      Akin & Herron, P.A.
      1220 N. Market Street, #300
      P.O. Box 25047
      Wilmington, DE 19899

by mailing copies at the address shown above, postage prepaid on _July 7_, 2005.

                                                      SCHMITTINGER & RODRIGUEZ, P.A.

                                                      BY: _____
                                                         NOEL E. PRIMOS
                                                         Bar ID #3124
                                                         414 South State Street
                                                          P.O. Box 497
                                                          Dover, DE 19903
WDF:tcl                                                         Attorneys for Plaintiff