IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN R. BAKER, JR.,         * | |
|                             * | |
|       Plaintiff,            * | |
|                             * | |
| v.                          * | |
|                             *   C.A. No. 04-1457 (KAJ) |
| TOWN OF SMYRNA; DAVID S. HUGG, * | |
| III, individually and in his official capacity * | |
| as Town Manager; JOSEPH HEEGER, * | |
| individually and in his official capacity as * | |
| Supervisor of Public Works; and * | |
| HARVEY LEGGETT, individually and in  *   TRIAL BY JURY DEMANDED | |
| his official capacity as Supervisor of Streets, * | |
|                             * | |
|       Defendants.           * | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S SECOND SET OF INTERROGATORIES DIRECTED TO DEFENDANT**
and
**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT**

to be served upon:

    Bruce C. Herron, Esq.
    Akin & Herron, P.A.
    1220 N. Market Street, #300
    P.O. Box 25047
    Wilmington, DE 19899

by mailing regular U.S. mail at the address listed above on _July 27_, 2005.

    SCHMITTINGER & RODRIGUEZ, P.A.

BY: _/s/ William D. Fletcher, Jr._
    WILLIAM D. FLETCHER, JR.
    Bar ID #362
    414 S. State Street,
    P.O. Box 497
    Dover, DE 19903
WDF:tcl    Attorneys for Plaintiff