IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN R. BAKER, JR., an individual, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1457-KAJ |
| | : | |
| TOWN OF SMYRNA, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **5th** day of **August, 2005**,

IT IS ORDERED that the teleconference scheduled for Tuesday, August 23, 2005 at 8:45 a.m. to discuss the status of the case and the mediation date has been rescheduled to **Wednesday, August 31, 2005 at 8:45 a.m.  Defense counsel shall initiate the teleconference call.**  The mediation statement due date of **Monday, August 29, 2005** shall remain the same.  All other provisions of the Court's February 25, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE