IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN R. BAKER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | C.A. No.: 04-1457 KAJ |
| | ) | |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager, JOSEPH HEEGER, individually and in his official capacity as Supervisor of Public Works, and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

TO:  William D. Fletcher, Jr., Esquire
     Noel E. Primos, Esquire
     Schmittinger & Rodriguez, P.A.
     414 South State Street
     P.O. Box 497
     Dover, DE 19903

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Steve Chapman at the offices of Schmittinger & Rodriguez, P.A., located at 414 South State Street, Dover DE 19901, on Wednesday, September 14, 2005, at 10:00 a.m.

                                            **AKIN & HERRON, P.A.**

                                            /s/ Bruce C. Herron
                                            Bruce C. Herron, Esquire
                                            Attorney I.D. No.: 2315
                                            1220 N. Market Street, Suite 300
                                            P.O. Box 25047
                                            Wilmington, DE 19899
                                            (302) 427-6987
                                            Attorney for Defendants

Date: August 18, 2005

cc:   Ambassador Legal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN R. BAKER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) C.A. No.: 04-1457 KAJ |
| | ) |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager, JOSEPH HEEGER, individually and in his official capacity as Supervisor of Public Works, and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets, | ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I hereby certify that on this 18th day of August, 2005, the **NOTICE OF DEPOSITION** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

                                            **AKIN & HERRON, P.A.**
                                            /s/ Bruce C. Herron
                                            Bruce C. Herron, Esquire
                                            Attorney I.D. No.: 2315
                                            1220 N. Market Street, Suite 300
                                            P.O. Box 25047
                                            Wilmington, DE 19899
                                            (302) 427-6987
                                            Attorney for Defendants

H:\tmw5\data\files\Docs\3651.024\NOD\2479.wpd