# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON
_____

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE 19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

October 25, 2005

**VIA E-MAIL & FIRST CLASS MAIL**
Honorable Judge Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

    **RE:  John R. Baker, Jr., v. Town of Smyrna, et. al.
      C.A. No.: 04-1457**

Dear Judge Jordan:

    I am pleased to report the parties have reached a settlement in the above matter. We expect to file a Stipulation of Dismissal within the next two weeks.

                      Respectfully,

                      /s/ Bruce C. Herron

                      Bruce C. Herron
                      Attorney for Defendants

BCH:tad
cc:  Magistrate Judge Mary Pat Thynge (via e-mail)
     United States District Court Clerk (via first class mail)
     Noel E. Primos, Esquire (via fax only)
     William D. Fletcher, Jr., Esquire (via fax only)

H:\tmw5\data\files\Docs\3651.024\CORR\2881.WPD