IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN R. BAKER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | C.A. No.: 04-1457 KAJ |
| ) | |
| TOWN OF SMYRNA, DAVID S. HUGG, ) | |
| III, individually and in his ) | |
| official capacity as Town ) | |
| Manager, JOSEPH HEEGER, ) | |
| individually and in his ) | |
| official capacity as ) | |
| Supervisor of Public Works, ) | |
| and HARVEY LEGGETT, ) | |
| individually and in his ) | |
| official capacity as ) | |
| Supervisor of Streets, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice.

| | |
|---|---|
| **SCHMITTINGER & RODRIGUEZ** | **AKIN & HERRON, P.A.** |
| /s/ Noel E. Primos | /s/ Bruce C. Herron |
| William D. Fletcher, Jr., Esquire | Bruce C. Herron, Esquire |
| oel E. Primos, Esquire | DE Bar No. 2315 |
| DE Bar No. 3124 | 1220 North Market Street |
| 414 South State Street | Suite 300 |
| Dover, DE 19903 | P.O. Box 25047 |
| Attorney for Plaintiff | Wilmington, DE 19899 |
| | |
| Dated: January 11, 2006 | Dated: January 11, 2006 |

H:\tmw5\data\files\Docs\3651.024\SOD\2770.wpd