IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN R. BAKER, JR., | ) |
| Plaintiff, | ) |
| V. | ) C.A. No.: 04-1457 KAJ |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager, JOSEPH HEEGER, individually and in his official capacity as Supervisor of Public Works, and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets, | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I hereby certify that on this 11TH day of January, 2006, a copy of the **STIPULATION OF DISMISSAL** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

        **AKIN & HERRON, P.A.**

        /s/ Bruce C. Herron
        Bruce C. Herron, Esquire
        I.D. No. 2315
        1220 N. Market Street, #300
        P.O. Box 25047
        Wilmington, DE 19899
        (302) 427-6987
        Attorney for Defendants